STATE EX REL JAMES NELSON, PETITIONER, *v.* THE DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LINCOLN AND THE HONORABLE ROBERT C. SYKES, JUDGE THEREOF, RESPONDENTS.

No. 13820.
June 7, 1977.
564 P.2d 991.

ORDER

PER CURIAM:

The motion of petitioner for reconsideration of application for

writ of supervisory control marked as filed herein on June 3, 1977, is denied.